**Opinion issued April 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-01090-CV**

———————————

**RAY JACKSON, Appellant**

**V.**

**BOKF, NA D/B/A BANK OF TEXAS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1221766**

---

## MEMORANDUM OPINION

Appellant Ray Jackson has not established indigence, and has neither paid for nor made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault). Appellant also failed to respond to our notice that his appeal was

subject to dismissal. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(b)–(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.